UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
:
INTERNATIONAL SECURITIES EXCHANGE, :
LLC, : **ORDER**
:
                           Plaintiff, : 06 Civ. 12878 (AKH)
:
   -against- :
:
DOW JONES & CO., INC. et al., :
:
                          Defendants. :
:
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The request that the stay ordered by Judge Carter on July 24, 2007, be continued will be considered at the status conference scheduled for August 24, 2012, at 10:00 a.m. The parties shall, by joint letter to be received by the Court by noon on August 23, 2012, submit their respective positions as to the following:

(1) What issues in the lawsuit before me, if any, are different from those in the Illinois litigation;

(2) Why continuing the lawsuit before me, rather than dismissing it without prejudice, is necessary; and

(3) Why, were the lawsuit before me not dismissed, the stay should continue.

SO ORDERED.

Dated:     August 17, 2012
            New York, New York

                                                ALVIN K. HELLERSTEIN
                                                United States District Judge